PROB 22

Docket No. (Transferring Court) 8:02CR179
Docket No. (Receiving Court) _____

**JUDGE GOTTSCHALL**

## TRANSFER OF JURISDICTION

**07CR 697**

Name and Address of Probationer/Supervised Releasee:
**Anthony J. LOWRY**

District: **Nebraska**          Division: **Omaha**

**MAGISTRATE JUDGE KEYS**

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
Chief U.S. District Judge

| Dates of Probation/Supervised Release - | From: September 18, 2007 |
| --- | --- |
| | To: September 17, 2012 |

**FILED**

Offense:  Possession with Intent to Distribute Cocaine
21 U.S.C. 841(a)(1)

JN 10-23-07
OCT 2 3 2007

### PART 1 - ORDER TRANSFERRING JURISDICTION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_10/5/07_
Date

_[signature]_
The Honorable Joseph F. Bataillon
Chief U.S. District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 3 2007
Effective Date

_[signature]_
United States District Judge