**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **Denise M. Lucks** | **OFFICE OF THE CLERK** | **M. Therese Bollerup** |
| **Clerk of Court** | www.ned.uscourts.gov | **Chief Deputy Clerk** |

November 5, 2007

Michael W. Dobbins
Clerk of Court
United States District Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

**F I L E D**
11-19-07
NOV 1 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CR697

Re:   Anthony J. Lowry
      USDC-NE 8:02CR179

Dear Clerk:

Pursuant to the transfer order filed in our court on November 5, 2007, the probation/supervision of the above-mentioned individual is transferred to the Northern District of Illinois.

Enclosed are the following documents along with a certified copy of the docket sheet:

1. Certified copy of the Indictment;
2. Certified copy of the Judgment & Commitment Order (with conditions of supervision); and
3. Certified copy of the Transfer of Jurisdiction Order.

Please acknowledge receipt of these documents at the bottom of this letter as indicated and return it to the Omaha office. Thank you for your assistance.

Sincerely,

DENISE M. LUCKS, Clerk

By:   s/ Pat Veylupek
      Deputy Clerk

Enclosures
cc:   Chief Probation Officer - NE (without enclosures)
      Chief Probation Officer - IL (without enclosures)

The above-referenced documents were received by the U.S. District Court for the Northern District of Illinois on _____ by _____.
                                                Date                          Signature
Receiving Court's Assigned Case No: _____.

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-5225
Fax: (402) 437-5651
Toll Free: (866) 220-4379

# U.S. District Court
## District of Nebraska (8 Omaha)
### CRIMINAL DOCKET FOR CASE #: 8:02-cr-00179-JFB All Defendants
### Internal Use Only

Case title: USA v. Lowry

Date Filed: 07/08/2002
Date Terminated: 12/27/2002

Assigned to: Chief Judge Joseph F. Bataillon

**Defendant**

**Anthony Jay Lowry (1)**
*TERMINATED: 12/27/2002*

represented by **Shannon P. O'Connor**
FEDERAL PUBLIC DEFENDER'S OFFICE - OMAHA
One Central Park Plaza
222 South 15th Street
Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
Email: shannon_o'connor@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I certify this to be a true copy of the original record in my custody.
OFFICE OF THE CLERK
By _____
Deputy Clerk

**Pending Counts**

21:841(a)(1) and 21:841(b)(1)(A)(iii)
NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE
(1)

21:853 CRIMINAL FORFEITURES
(3)

**Disposition**

Defendant pleaded guilty to count I and III of the Indictment and is committed to the custody of the BOP for 70 months; 5 years supervised release with special conditions; $100 SA

Defendant pleaded guilty to count I and III of the Indictment and is committed to the custody of the BOP for 70 months; 5 years supervised release with special conditions; $100 SA

**Highest Offense Level (Opening)**

Felony

## Terminated Counts

21:841(a)(1) and 21:841(b)(1)(C)
NARCOTICS - SELL, DISTRIBUTE,
OR DISPENSE
(2)

## Disposition

Count II of the Indictment is dismissed on the motion of the United States as to this defendant only

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

## Plaintiff

USA

represented by **Maria R. Moran**
ASSISTANT UNITED STATES
ATTORNEY - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
Fax: (402) 345-5724
Email: maria.moran@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2002 | | (Court only) ***Attorney Maria R. Moran for USA added as to defendant Anthony Jay Lowry (JSF) (Entered: 07/08/2002) |
| 06/19/2002 | 1 | INDICTMENT (FILED UNDER SEAL ON 6/19/02; UNSEALED ON 7/5/02)as to defendant Anthony Jay Lowry. (JSF) (Entered: 07/08/2002) |
| 06/19/2002 | 2 | CRIMINAL COVER SHEET as to defendant Anthony Jay Lowry (JSF) (Entered: 07/08/2002) |
| 06/19/2002 | | (Court only) *** ARREST WARRANT ISSUED as to defendant Anthony Jay Lowry; Signed by Deputy Clerk on 6/19/2002. (JSF) (Entered: 07/08/2002) |
| 07/05/2002 | 3 | Minute Entry for proceedings held before Magistrate Judge Thomas D. Thalken as to defendant Anthony Jay Lowry;Arraignment as to Anthony Jay Lowry (1) on Counts 1, 2 and 3 held on 7/5/2002 - plea of not guilty entered, Initial Appearance held on 7/5/2002; Added attorney Shannon P. O'Connor |

| | | |
|---|---|---|
| | | for Anthony Jay Lowry; Court unseals indictment; Defendant released on bond (Court Reporter Electronic Recorder)(Tape #02-91; 5.) (JSF, ) (Entered: 07/08/2002) |
| 07/05/2002 | 4 | ORDER appointing Shannon O'Connor, Federal Public Defender as to defendant Anthony Jay Lowry. Signed by Magistrate Judge Thomas D. Thalken on 7/5/2002. (JSF) (Entered: 07/08/2002) |
| 07/05/2002 | 5 | ORDER FOR PROGRESSION OF A CRIMINAL CASE - pretrial motions due 7/25/02 - discovery due 7/12/02 - as to defendant Anthony Jay Lowry; Jury Trial set for 9/3/2002 09:00 AM before Judge Joseph F. Bataillon; Signed by Magistrate Judge Thomas D. Thalken on 7/5/2002. (JSF) (Entered: 07/08/2002) |
| 07/05/2002 | 6 | NOTICE OF ATTORNEY APPEARANCE by Attorney Shannon P. O'Connor as to defendant Anthony Jay Lowry. (JSF) (Entered: 07/08/2002) |
| 07/05/2002 | 7 | NOTICE (MEMORANDUM) TO UNSEAL CASE by Attorney Maria R. Moran as to defendant Anthony Jay Lowry. (JSF) (Entered: 07/08/2002) |
| 07/05/2002 | 8 | RECEIPT for copy of indictment as to defendant Anthony Jay Lowry. (MBB) (Entered: 07/08/2002) |
| 07/05/2002 | 9 | ORDER SETTING CONDITIONS OF RELEASE as to defendant Anthony Jay Lowry by Magistrate Judge Thomas D. Thalken. (MBB ) (Entered: 07/08/2002) |
| 07/08/2002 | 10 | ARREST WARRANT RETURNED EXECUTED on 7/4/02 as to defendant Anthony Jay Lowry (JSF) (Entered: 07/09/2002) |
| 07/31/2002 | 11 | TRIAL ORDER as to defendant Anthony Jay Lowry; Jury Trial set for 9/3/2002 08:30 AM before Judge Joseph F. Bataillon. Signed by Magistrate Judge Thomas D. Thalken on 7/31/2002. (PAV, ) (Entered: 07/31/2002) |
| 08/23/2002 | 12 | ORDER scheduling Change of Plea Hearing for 9/19/2002 01:30 PM in Courtroom 3 (Omaha) before Judge Joseph F. Bataillon as to defendant Anthony Jay Lowry. Signed by Judge Joseph F. Bataillon on 8/23/2002. (SMS) (Entered: 08/23/2002) |
| 09/04/2002 | 14 | PETITION to enter plea of guilty by Attorney Maria R. Moran, Shannon P. O'Connor as to defendant(s) Anthony Jay Lowry (Attachments: # 1)(TJS, ) (Entered: 09/05/2002) |
| 09/05/2002 | 13 | ORDER rescheduling Change of Plea Hearing for 9/26/2002 01:30 PM in Courtroom 3 (Omaha) before Judge Joseph F. Bataillon as to defendant(s) Anthony Jay Lowry. Signed by Judge Joseph F. Bataillon on 9/5/2002. (SMS, ) (Entered: 09/05/2002) |
| 09/26/2002 | 15 | MOTION *for Preliminary Order of Forfeiture* by Attorney Nancy A. Svoboda as to defendant(s) Anthony Jay Lowry. (Svoboda, Nancy) (Entered: 09/26/2002) |

| | | |
|---|---|---|
| 09/26/2002 | ●16 | Minute Entry for proceedings held before Judge Joseph F. Bataillon as to defendant Anthony Jay Lowry. Arraignment as to Anthony Jay Lowry on Counts 1 and 3 held on 9/26/2002 - plea of Guilty entered, Plea Hearing held on 9/26/2002. Magistrate Judge Thomas D. Thalken no longer assigned to case. Plea entered by Anthony Jay Lowry - Guilty to Counts 1 and 3. Presentence Investigation Packet handed to Defendant's counsel (Court Reporter Allan Kuhlman) (KMG) (Entered: 09/26/2002) |
| 09/26/2002 | ●17 | ORDER ON SENTENCING SCHEDULE as to Anthony Jay Lowry: Sentencing set for 12/20/2002 at 02:30 PM before Judge Joseph F. Bataillon.Signed by Judge Joseph F. Bataillon on 9/26/2002. (KMG) (Entered: 09/26/2002) |
| 09/26/2002 | ●18 | PLEA AGREEMENT by Attorney Maria R. Moran as to defendant Anthony Jay Lowry (KMG) Modified on 9/26/2002 per Order Striking 20 because incorrect file stamp used (SMS, ). Modified on 9/30/2002 (KMG). STRICKEN 9/26/2002 REGARDING ORDER 20 (Entered: 09/26/2002) |
| 09/26/2002 | ●19 | Preliminary ORDER granting 15 Motion for forfeiture as to Anthony Jay Lowry Signed by Judge Joseph F. Bataillon on 9/26/2002. (KMG) Modified on 9/26/2002 per Order Striking 20 because incorrect file stamp dated used (SMS, ). Modified on 9/30/2002 (KMG). STRICKEN 9/26/2002 REGARDING ORDER 20 (Entered: 09/26/2002) |
| 09/26/2002 | ●20 | ORDER striking Plea Agreement18, Preliminary Order of Forfeiture 19 because incorrect file stamp date used,as to defendant(s) Anthony Jay Lowry. Signed by Judge Joseph F. Bataillon on 9/26/2002. (SMS, ) (Entered: 09/26/2002) |
| 09/26/2002 | ●21 | Preliminary ORDER granting MOTION *for Preliminary Order of Forfeiture*15 as to defendant(s) Anthony Jay Lowry . Signed by Judge Joseph F. Bataillon on 9/26/2002. (SMS, ) (Entered: 09/26/2002) |
| 09/26/2002 | ●22 | PLEA AGREEMENT by Attorney Maria R. Moran as to defendant Anthony Jay Lowry (KMG) (Entered: 10/01/2002) |
| 11/21/2002 | ●23 | ADOPTION of Presentence Investigation Reportby Attorney Maria R. Moran as to defendant(s) Anthony Jay Lowry (Moran, Maria) (Entered: 11/21/2002) |
| 12/20/2002 | ●24 | Minute Entry for proceedings held before Judge Joseph F. Bataillon as to defendant(s) Anthony Jay Lowry; defendant sentenced on Counts I and III to 70 Months BOP; 5 years supervised release; $100.00 special assessment; plea and plea agreement accepted; government's motion to dismiss Count II is granted; defendant released pending execution of sentence. (Court Reporter Allan G. Kuhlman) (NCD, ) (Entered: 12/20/2002) |
| 12/20/2002 | 25 | (Court only) SEALED - THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (JAE, ) (Entered: 12/24/2002) |

| | | |
|---|---|---|
| 12/26/2002 | 26 | AFFIDAVIT *of Publication* by Attorney Nancy A. Svoboda as to defendant(s) Anthony Jay Lowry (Svoboda, Nancy) (Entered: 12/26/2002) |
| 12/27/2002 | 27 | JUDGMENT as to Anthony Jay Lowry (1), Defendant pleaded guilty to count I and III of the Indictment and is committed to the custody of the BOP for 70 months; 5 years supervised release with special conditions; $100 SA; Count II of the Indictment is dismissed on the motion of the United States as to defendant Anthony Jay Lowry only.Signed by Judge Joseph F. Bataillon on 12/27/2002. (DKM, ) (Entered: 12/27/2002) |
| 01/23/2003 | 28 | MOTION *for Final Order of Forfeiture and Memorandum Brief* by Attorney Nancy A. Svoboda as to defendant(s) Anthony Jay Lowry. (Svoboda, Nancy) (Entered: 01/23/2003) |
| 01/24/2003 | 29 | ORDER granting 28 Motion for Final Order of Forfeiture as to Anthony Jay Lowry (1). Signed by Judge Joseph F. Bataillon on 1/24/2003. (SMS, ) (Entered: 01/24/2003) |
| 02/11/2003 | 30 | Judgment Returned Executed as to Anthony Jay Lowry (JSF) (Entered: 02/12/2003) |
| 11/05/2007 | 31 | Probation Jurisdiction Transferred to UDSC-Northern District of Illinois as to Anthony Jay Lowry. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet as to defendant(s) Anthony Jay Lowry. Ordered by Judge Joseph F. Bataillon.(PCV, ) (Entered: 11/05/2007) |
| 11/05/2007 | 32 | Transmittal Letter to USDC-Northern District of Illinois enclosing certified copies of the Indictment 1, Judgment and Commitment Order 27, Transfer of Jurisdiction Order 31 and docket sheet as to defendant Anthony Jay Lowry. (PCV, ) (Entered: 11/05/2007) |

Case: 8:02-cr-00179-JFB   Document #: 1   Date Filed: 06/19/2002   Page 1 of 2

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 6/19/02
OFFICE OF THE CLERK
By _____
Deputy Clerk

SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

02 JUN 19 PM 12:26

GARY D. McFARLAND
CLERK

W ___ S ___ NP ___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR 179 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A)(iii) |
| ANTHONY JAY LOWRY, | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 853 |
| Defendant. | ) | |

The Grand Jury Charges:

## COUNT I

On or about June 5, 2002, in the District of Nebraska, ANTHONY JAY LOWRY, Defendant herein, did knowingly and intentionally possess with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of cocaine base (i.e. "crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## COUNT II

On or about June 5, 2002, in the District of Nebraska, ANTHONY JAY LOWRY, Defendant herein, did knowingly and intentionally possess with intent to distribute less than 500 grams of a mixture or substance containing a detectable amount of powder cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT III

On or about June 5, 2002, in the District of Nebraska, ANTHONY JAY LOWRY, Defendant herein, used or intended to use $2,200.00 in United States currency to commit and/or facilitate the controlled substance violation as set forth in Counts I and II of this Indictment; alternately, said currency is proceeds obtained directly and/or indirectly as a result of the commission of said controlled substance violation as set forth in Counts I and II of this Indictment.

By virtue of the commission of the offenses set forth in Counts I and II herein, any and all interest ANTHONY JAY LOWRY has in the above described currency is hereby vested in the United States and forfeited to the same.

In violation of Title 21, U.S.C., Section 853.

A TRUE BILL:

_____
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MARIA R. MORAN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
**Plaintiff**

v.

Case Number 8:02CR179

**ANTHONY J. LOWRY**
**Defendant**

Shannon P. O'Connor
**Defendant's Attorney**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** pleaded guilty to count(s) I and III of the Indictment.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Cocaine Base | June 5, 2002 | I |
| 21 U.S.C. 853 | Criminal Forfeiture | June 5, 2002 | III |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count II of the Indictment is dismissed on the motion of the United States as to this defendant only.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
December 20, 2002

Defendant's Mailing Address:
Same

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 12/27/02
OFFICE OF THE CLERK
By_____
Deputy Clerk

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

December 27, 2002

Defendant: ANTHONY J. LOWRY　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 7
Case Number: 8:02CR179

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **70 Months**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available.

2. That the defendant be incarcerated in a federal facility as close to **St. Paul, Minnesota as possible; the following facilities are recommended in priority order (1) Sandstone, (2) Wauseca, (3) Yankton, South Dakota.**

3. Defendant shall be given credit for time served including pretrial detention for this and related state charges.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

Defendant: ANTHONY J. LOWRY  
Case Number: 8:02CR179  
Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the

Defendant: ANTHONY J. LOWRY  
Case Number: 8:02CR179

Page 4 of 7

      probation officer;

11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: ANTHONY J. LOWRY  Page 5 of 7
Case Number: 8:02CR179

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the U.S. Probation Officer.

2. Defendant shall be subject to the search of the defendant's premises, vehicle or person, day or night, with or without a warrant, at the request of the U.S. Probation Officer to determine the presence of alcohol and/or controlled substances, firearms or any other contraband. Any such items found may be seized by the U.S. Probation Officer. This condition may be invoked with or without the cooperation of law enforcement officers.

3. Defendant shall provide the U.S. Probation Officer with access to any requested financial information.

4. Defendant shall participate in the Victim Awareness Program as directed by the U. S. Probation Officer.

5. Pursuant to 18 U.S.C. § 3583 (d), defendant shall submit to a drug test within fifteen (15) days of release on Supervised Release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, defendant shall submit to such testing as requested by any U.S. Probation Officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. Defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or controlled substances.

6. Defendant shall report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00am and 4:30pm, 111 South 18th Plaza, Suite C79, Omaha Nebraska, (402) 661-7555, within seventy-two (72) hours of release from confinement.

Defendant: ANTHONY J. LOWRY  Page 6 of 7
Case Number: 8:02CR179

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.000 | .00 | .00 |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

## FINE

No fine imposed.

## RESTITUTION

No Restitution was ordered.

Defendant: ANTHONY J. LOWRY  
Case Number: 8:02CR179

Page 7 of 7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

    Lump sum payment of $ 100.00 due immediately, balance due

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer or the United States attorney.

    All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

GARY D. MCFARLAND, CLERK

By _____Deputy Clerk

PROB 22

Docket No. (Transferring Court) 8:02CR179
Docket No. (Receiving Court) _____

**JUDGE GOTTSCHALL**

## TRANSFER OF JURISDICTION

**07CR 697**

Name and Address of Probationer/Supervised Releasee:
Anthony J. LOWRY

District: Nebraska                    Division: Omaha

**MAGISTRATE JUDGE KEYS**

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
Chief U.S. District Judge

Dates of Probation/Supervised Release -   From: September 18, 2007
                                          To:   September 17, 2012

Offense:   Possession with Intent to Distribute Cocaine
           21 U.S.C. 841(a)(1)

**FILED**
J .N 10-23-07
OCT 23 2007

### PART 1 - ORDER TRANSFERRING JURISDICTION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date 10/5/07

The Honorable Joseph F. Bataillon
Chief U.S. District Judge

**DOCKETED OCT 30 2007**

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
07 NOV -5 PM 1:27
OFFICE OF THE CLERK

OCT 23 2007
Effective Date

*James F. Holderman*
United States District Judge

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: OCT 31 2007

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 11/05/2007
OFFICE OF THE CLERK
By _____
Deputy Clerk